209 S.E.2d 280 (1974)
285 N.C. 757
CAPE FEAR ELECTRIC CO., INC.
v.
STAR-NEWS NEWSPAPERS, INC., et al.
v.
HENRY VON OESEN & ASSOC., INC.
Supreme Court of North Carolina.
September 24, 1974.
Poisson, Barnhill, Butler & Martin, for Cape Fear Electric Co., Inc.
Stevens, McGhee, Aycock, Morgan & Lennon, for Star-News Newspapers, Inc.
Petition for writ of certiorari by Cape Fear Electric Company, Inc. to review the decision of the Court of Appeals, 22 N.C. App. 519, 207 S.E.2d 323. Denied.